440 A.2d 1255

Commonwealth v. Albert, Appellant.

Petition for Allowance of Appeal Denied March 30, 1982.

Argued April 7, 1981. Randolph W. Albert, appellant, in propria persona; Andrew B. Cohn, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.

440 A.2d 1256

Commonwealth, Appellant v. Badger.

Petition for Allowance of Appeal Denied April 30, 1982.

Submitted December 4, 1980. Kenneth A. Osokow, Assistant District Attorney, for Commonwealth, appellant; George E. Lepley, Jr., Assistant Public Defender, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.